E-Filing

**FILED**

JUN 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASWANT SINGH,

    Petitioner,

    v

MICHAEL CHERTOFF, Secretary of
the Department of Homeland
Security, et al,

    Respondents.

No C-04-1063 VRW

ORDER

        In response to respondents' "Notice of Law Change Requiring Transfer of Action To Ninth Circuit" (Doc # 17) notifying the court and parties of the applicability of the Real ID Act of 2005, Pub L No 109-13, 119 Stat 231 (May 11, 2005) to this case, petitioner has filed a statement of agreement to the transfer of this action. Doc # 20.

        The record does not reflect that petitioner ever requested that this court enter a stay of removal.

\\
\\

1    This court no longer having jurisdiction over this matter
2 pursuant to the above-referenced law change, the clerk is now
3 directed to transfer this action, together with the entire case
4 file, to the Ninth Circuit Court of Appeals.  The matter should be
5 designated as a "petition for review."

7    IT IS SO ORDERED.

                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge